APR 8'10AM10:12 USBCEW

DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
DUNNIPHIN, CHRISTOPHER and
DUNIPHIN, SHELLY

Case No. 08-00338-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $25.07, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 5 | GE MONEY BANK CHEVRON<br>PO BOX 5010<br>CONCORD, CA 94524 | $25.07 |

Dated: April 02, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874189        $25.07                                    4-8-10